UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOD TRUBBLE LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>IREM ERDEM,<br><br>    Defendant. | Case No.  5:24-cv-07079-EJD<br><br>**ORDER TO SHOW CAUSE** |

The Court is in receipt of Plaintiff's unexecuted summons as to Defendant (ECF No. 12). Plaintiff having failed to file a Joint Case Management Statement by March 7, 2025,

The Court hereby issues an ORDER TO SHOW CAUSE why Plaintiff's claims should not be dismissed for failure to prosecute and to follow the Court Rules and procedures, pursuant to Rule 41(b) of the Federal Rules of Procedure.

Plaintiff is ordered to respond to this Order by April 1, 2025.  If Plaintiff fails to respond, the case may be dismissed for failure to prosecute.  The Initial Case Management Conference, scheduled for March 27, 2025, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: March 18, 2025

_____
Edward J. Davila
United States District Judge